UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HOMESTEAD BAKING CO. d/b/a HOMESTEAD BAKING COMPANY OF EAST PROVIDENCE, RHODE ISLAND | : | |
| VS. | : | CA NO. 05- 62 ML |
| BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INT'L UNION, AFL-CIO, LOCAL 348, ART MONTMINY in his representative Capacity of Int'l Vice President; and TIMOTHY BENJAMIN, in his representative Capacity of President/ Business Agent | : | |

**ANSWER OF DEFENDANTS**
**BAKERY, CONFECTIONERY, TOBACCO WORKERS**
**AND GRAIN MILLERS INTERNATIONAL UNION AFL-CIO, LOCAL 348,**
**ART MONTMINY and TIMOTHY BENJAMIN**

NOW COME the Defendants, Bakery, Confectionery, Tobacco Workers and Grain Millers International Union, Local 348, Art Montminy, and Timothy Benjamin (hereinafter referred collectively as "the Defendants"), and aver and state as follows in answer to the Complaint of the Plaintiff, Homestead Baking Company.

I. Nature of the Action

This paragraph contains a characterization of the cause of action to which no answer by the Defendants necessary or appropriate. However, to the extent the assertions set forth in this section of the Complaint require a response, the Defendants deny them.

3

## II. Parties

1. Admitted.

2. Admitted.

3. Admitted.

4. There is no paragraph 4 contained in the Complaint.

5. Admitted.

## III. Facts

6. Denied.

7. The Defendants deny that the Plaintiff has accurately characterized the language quoted in Paragraph 7 of the Complaint as "entitled 'Grievance and Arbitration Language,'" but admit that, except for the underscoring, which the Defendants expressly deny exists in the collective bargaining agreement, the Plaintiff has accurately quoted Paragraphs A, C and D of Article IV.

8. Denied.

9. The Defendants admit that Local 348 filed a grievance dated February 6, 2004.

10. The Defendants admit that a hearing on the issue of procedural arbitrability was held before Arbitrator John Mark on October 5, 2004.

11. Denied.

12. Denied.

13. Admitted.

14. Denied.

15. Admitted.

16. Admitted.

## IV. Cause of Action

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied and the Defendants further add that the Arbitrator did not dispense with his own brand of industrial justice.

## V. Prayer for Relief

Defendants deny that the Plaintiff is entitled to the relief it seeks or any relief in this case.

## AFFIRMATIVE DEFENSES

FIRST DEFENSE

The Arbitrator's October 19, 2004, opinion and award was exclusively on the issue of procedural arbitrability and, therefore, the Plaintiff's action is not ripe.

WHEREFORE, THE defendants pray that his Court

1. Enters a judgment dismissing the Complaint;

2. Imposes sanctions against the Plaintiff for bringing a frivolous action; and

3. Grants the Defendants such other relief as it deems just and proper.

Respectfully submitted,

BAKERY, CONFECTIONERY,
TOBACCO WORKERS AND
GRAIN MILLER INT'L UNION,
LOCAL NO. 348,

By its Attorneys,

Marc B. Gursky, Esq. (#2818)
Gursky Law Associates
18 Imperial Place, Suite 1D
Providence, RI 02903
(401) 454-7400
(401) 621-8553 fax

Sheilah F. McCarthy of Counsel
Sheilah F. McCarthy, Esq. by MBG
Lenow & McCarthy
13 Pelham Island Road
Wayland, Massachusetts 01778
(508) 358-8181
(508) 358-8989 fax

CERTIFICATION OF SERVICE

I hereby attest that a true copy of the above Answer was served on Thomas J. McAndrew, Esq., attorney of record for the Plaintiff, by first class mail on this 16th day of February, 2005.

April Carter
_______________________________