RECEIVED
MAY 12 2005
U.S. DISTRICT COURT
DISTRICT OF R.I.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HOMESTEAD BAKING CO., d/b/a HOMESTEAD BAKING COMPANY OF EAST PROVIDENCE, RHODE ISLAND :

VS. : CA NO. 05-62ML

BAKING, CONFECTIONARY, TOBACCO WORKERS AND GRAIN MILLERS INTERNATIONAL UNION AFL-CIO, LOCAL 948; ART MONTMINY, in his representative capacity of International Vice President; and TIMOTHY BENJAMIN, in his representative capacity of President/Business Agent :

**PARTIES' VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Plaintiff and Defendant voluntarily dismiss the above-captioned matter with prejudice.

On behalf of Plaintiff:

Thomas J. McAndrew, Esq. (#1001)
Thomas J. McAndrew & Associates
One Turks Head Place, Suite 205
Telephone: (401) 455-0350
Facsimile: (401) 455-0882

Dated: May 9, 2005

On behalf of Defendant:

Marc B. Gursky, Esq. (#2818)
Gursky Law Associates
250 Scrabbletown Road, Ste. C
Telephone: (401) 294-4700
Facsimile: (401) 294-4702

Dated: 5/10/05

Enter:
Mary M. Lisi USDJ 5/12/05

4